**DISMISS; Opinion Filed October 20, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00121-CV

**DELTA FLEX PARTNERS, LLC AND DELTA HEALTHCARE PLACEMENT, LLC D/B/A DELTA HEALTHCARE PROVIDERS, Appellants**
**V.**
**CHRISTIAN DODGE D/B/A PRN HOME HEALTH AND HOSPICE SERVICES A/K/A PRN HOME HEALTH CARE A/K/A PRN HOME HEALTH AND HOSPICE, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04917**

## MEMORANDUM OPINION
Before Justices Lang, Lang-Miers, and Myers
Opinion by Justice Lang

The Court has before it appellant's October 13, 2016 motion to dismiss the appeal in which appellant states the parties have agreed to a dismissal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

160121F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DELTA FLEX PARTNERS, LLC AND
DELTA HEALTHCARE PLACEMENT,
LLC D/B/A DELTA HEALTHCARE
PROVIDERS, Appellants

No. 05-16-00121-CV    V.

CHRISTIAN DODGE D/B/A PRN HOME
HEALTH AND HOSPICE SERVICES
A/K/A PRN HOME HEALTH CARE
A/K/A PRN HOME HEALTH AND
HOSPICE, Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-04917.
Opinion delivered by Justice Lang. Justices
Lang-Miers and Myers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that, based on the agreement of the parties, each party bear its own costs of this appeal.

Judgment entered this 20th day of October, 2016.